IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
CIVIL ACTION - LAW

| | |
|---|---|
| JANICE AND LES CHAPMAN<br>241 WEST HARVEST RUN DRIVE<br>IDAHO FALLS, ID 83404<br>    PLAINTIFFS,<br><br>VS.<br><br>CLARK GERHART, M.D.<br>575 NORTH RIVER STREET<br>WILKES-BARRE, PA 18702<br><br>WILKES-BARRE HOSPITAL COMPANY,<br>LLC T/D/B/A COMMONWEALTH<br>HEALTH WILKES-BARRE GENERAL<br>HOSPITAL T/D/B/A WILKES-BARRE<br>GENERAL HOSPITAL<br>575 NORTH RIVER STREET<br>WILKES-BARRE, PA 18702<br><br>    DEFENDANTS, | DOCKET NUMBER: 3:22-CV-00209-KM<br><br><br>NEGLIGENCE - CIVIL<br><br><br>**FILED<br>SCRANTON**<br><br>FEB 13 2023<br><br>PER _____<br>       DEPUTY CLERK<br><br><br>JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL

AND NOW, THIS ___13th___ DAY OF FEBRUARY, 2023, pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to CLOSE this case.

Robert D. Mariani
United States District Judge